**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| WILLIAM KAUFMAN, RELATOR, PRIVATE ATTORNEY GENERAL, INTERESTED PARTY, | : No. 58 EM 2018 |
| | : |
| Petitioner | : |
| | : |
| v. | : |
| | : |
| COMMONWEALTH OF PENNSYLVANIA; JANE CULTER [SIC] GREENSPAN, LAZARUS, KEOGH, SMITH, DAVIS, STACK, EDWARD G. MEKEL (DISTRICT COURT JUDGE(S)); LYNN ABRAHAM, MARK GILSON, RAYMOND J. HARLEY, ARLENE FISK, CHARLES F. GALLADHER (DA/ADA/PROSECUTOR); VIVIAN T. MILLER (CLERK OF COURT); JANET FASEY [SIC] DOWDS, KEVIN FLANAGAN (OFFICERS OF THE COURT); AARON BOOKER#795, MICHAEL MORAM#0183, MICHAEL LOGUE#6913, HERBERTO APONTE#259, DOREEN NAPPER#1217, JOHN SPIESER#7169, CHARLES LAYTON#9942, JOE RUFF#5040, JOSEPH GLOVACZ#6607, MANUEL PEREZ#4729, DORIS WASTON#7195, BEVERLY GRAHAM#3026, D. BAKER#612, DET. JULIE HILL, OSCAR JONES#9171, ANTHONY TOMAINO#610, STG. COMPLONE#569, SGT. COULTER, DET. HARKIDS, DET. C. BROWN, LT. M. FISHER#417, DET. MAMGONI, KONCZYK#8030, SGT. JOHN THORN#493, REDANAVER#5833, SGT. F. CORSINO#8826, P/O. TAGGART#1888 (DETECTIVE(S)/POLICEMEN/OFFICER(S)), | : |
| | : |
| Respondents | : |

## **ORDER**

**PER CURIAM**

 **AND NOW**, this 3rd day of August, 2018, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus and/or Extraordinary Relief is DENIED.